IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CHARLES RAY ALLEN<br>　　Plaintiff,<br><br>VS.<br><br>GNH TRUCKING, INC. and<br>THOMAS AUSTIN DELAWDER<br>　　Defendants. | § § § § § § § § § | Civil Action No. 2:15-cv-00284 |

### JOINT MOTION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANTS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff CHARLES RAY ALLEN and Defendants GNH TRUCKING, INC AND THOMAS AUSTIN DELAWDER and jointly move this Court for an order dismissing Plaintiff's lawsuit against Defendants with prejudice and in support hereof shows:

Plaintiff no longer desires to maintain his cause of action against Defendants.

WHEREFORE, Plaintiff and Defendants request this court to enter an order dismissing Defendants from this suit with prejudice, with costs taxed to the party incurring same.

Respectfully submitted,

/s/ Jerald L. Butler
_____

JERALD L. BUTLER
SBN: 00783771
LAW OFFICE OF DRISKELL & LAWRENCE
105 Decker Ct., Ste. 150
Irving, TX 75062-2211
972-536-7306
855-717-5349 – Facsimile
jerald.butler@nationwide.com
ATTORNEY FOR DEFENDANTS

_____

JOE M. WORTHINGTON
SBN: 22009950
NEGEM & WORTHINGTON
440 South Vine Avenue
Tyler, Texas 75702
903-595-4466
903-593-3266 – Facsimile
joe@negemlaw.com
ATTORNEY FOR PLAINTIFF