IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CHARLES RAY ALLEN | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 2:15-cv-00284 |
| | § | |
| GNH TRUCKING, INC. and | § | |
| THOMAS AUSTIN DELAWDER | § | |
|     Defendants. | § | |

ORDER OF DISMISSAL OF DEFENDANTS

On this day came on to be heard the Joint Motion for Dismissal with Prejudice filed by, Plaintiff CHARLES RAY ALLEN AND GNH TRUCKING, INC AND THOMAS AUSTIN DELAWDER because Plaintiff no longer desires to maintain his cause of action against Defendants. It appears to the Court that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that Plaintiff's claims against Defendants be, and hereby are, dismissed with prejudice, with costs taxed to the party incurring same.

**SIGNED this 2nd day of February, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE